UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH IRENE MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A BERRYHILL,<br><br>Defendant. | Case No. 19-cv-01901-DMR<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Deborah Irene Martin filed this case on April 9, 2019. Defendant filed an answer on August 21, 2019. According to the Social Security Procedural Order (Docket No. 2), Plaintiff's motion for summary judgment was due on September 18, 2019. As of the date of this order, nothing has been filed. By October 14, 2019, Plaintiff shall file (1) a letter explaining why she did not file her motion on time, and (2) a copy of her proposed motion (although the court ultimately may decide not to accept the late filed motion). If Plaintiff fails to file these two documents by October 14, 2019, her complaint may be dismissed without prejudice for failure to prosecute.

The court refers Plaintiff to the section "Representing Yourself" on the Court's website, located at http://cand.uscourts.gov/proselitigants, as well as the Court's Legal Help Centers for unrepresented parties. In San Francisco, the Legal Help Center is located on the 15th Floor, Room 2796, of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. In Oakland, the Legal Help Center is located on the 4th Floor, Room 470S, of the United States Courthouse, 1301 Clay Street, Oakland.

**IT IS SO ORDERED.**

Dated: September 30, 2019

Donna M. Ryu
United States Magistrate Judge